**DISMISS; Opinion Filed September 23, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00600-CV

## BALDEV SINGH, HARMISH KAUR, WAHE GURU ONE, LLC, AND SUBZI MANDI TEXAS,LLC, Appellants
## V.
## HARVINDER SINGH, AND RASPAL SINGH NIJAR, Appellees

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-02358-I

## MEMORANDUM OPINION
Before Justices Moseley, Lang, and Fillmore

Before the Court is the joint motion to dismiss filed by the parties. We **GRANT** the

motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1.

PER CURIAM

110600F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BALDEV SINGH, HARMISH KAUR, WAHE GURU ONE, LLC, AND SUBZI MANDI TEXAS, LLC, Appellants

No. 05-11-00600-CV V.

HARVINDER SINGH, AND RASPAL SINGH NIJAR, Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-10-02358-I.
Opinion delivered Per Curiam. Justices Moseley, Lang, and Fillmore sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of September, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE